**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SPOTTSWOOD COMPANIES, INC.,
*a Florida corporation,*

Plaintiff,

v.

MARSH USA, INC.,
*a Delaware corporation* and

MARSH & McLENNAN AGENCY LLC,
*a Delaware limited liability company*

Defendants.

**CASE NO. 1:21-cv-07855-LGS**

November 10, 2020

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Spottswood Companies, Inc. and Defendants Marsh USA, Inc. and Marsh & McLennan Agency LLC (collectively, "the Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal *with prejudice* of all of Spottswood's claims in the above-captioned matter. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to this Stipulation.

Respectfully Submitted:


Michael C. D'Agostino [MD0304]
MORGAN, LEWIS & BOCKIUS LLP
One State St., 22nd Fl.
Hartford, CT 06103-3178
Tel: 860.240.2731
Fax: 860.240.2701
Email: michael.dagostino@morganlewis.com

*Counsel for Defendants Marsh USA, Inc. and Marsh & McLennan Agency LLC.*

John Elliott Leighton
Leighton Law, P.A.
1401 Brickell Ave., Suite 900
Miami, FL 33131
Tel: 305-347-3151
Fax: 305-675-0123
Email: john@leightonlaw.com

Jay M. Levy
JAY M. LEVY, P.A.
Dadeland Center II Suite 1010
9150 S Dadeland Boulevard
Miami, FL 33156
Tel: 305-670-8100
Fax: 305-670-4827
Email: jay@jaylevylaw.com

*Counsel for Plaintiff Spottswood Companies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November 2021, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael C. D'Agostino*
Michael C. D'Agostiino